**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RICHARD GLENN FORD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:24-cv-01492-JPB-JCF |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Richard Glenn Ford ("Plaintiff") hereby notices the Court that Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Pending the settlement of this matter, Plaintiff and Equifax respectfully request that the Court vacate all current case deadlines pending the submission of a Stipulation of Dismissal. Plaintiff and Equifax anticipate filing a Stipulation of Dismissal within sixty (60) days of the date of this Notice.

Dated: May 17, 2024

By: /s/ *Ivy L. Marsnik*
Ivy L. Marsnik, MN Bar No. 0403177*
Bryan L. Plaster, MN Bar No. 0402792*
Hans W. Lodge, MN Bar No. 0397012*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 404-1064
Fax: (612) 584-4470
imarsnik@bm.net
**Admitted Pro hac vice*

Joseph P. McClelland, GA Bar No: 483407
**JOSEPH P. MCCLELLAND, LLC**
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030
Telephone: (770) 775-0938
Fax: (470) 468-0070
joseph@jacksonlaws.com

*Counsel for Plaintiff Richard Glenn Ford*

By: /s/ *Eric Barton*
Eric Barton, GA Bar No. 40704
**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Fax: (404) 892-7056
ebarton@seyfarth.com

*Counsel for Defendant Equifax Information Services, LLC*

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2024, a copy of the foregoing Joint Notice of Settlement was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

Respectfully submitted,

*/s/ Ivy L. Marsnik*

Ivy L. Marsnik, MN Bar No. 0403177*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 404-1064
Fax: (612) 584-4470
imarsnik@bm.net

*Counsel for Plaintiff Richard Glenn Ford*